SADIE GOLDMAN, Appellant, v. ANNA SONTAG, ABRAHAM SONTAG, ROSE PARK CORP., AGASSIZ REALTY CORP., H. KIMMELMAN & CO., INC., HARRY KIMMELMAN, and Others, Respondents.— Motion denied, without prejudice. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.  [See *ante*, p. 949.]

ABE COHEN and JOSEPH COHEN, Respondents, v. LIZZIE COHEN and Others, Defendants. LOUIS COHEN, LIZZIE COHEN and ANNA WEINREB, Defendants, Appellants.— Appeal from orders striking out defendants' answers and granting judgment in favor of plaintiffs in this mortgage foreclosure. [See 258 App. Div. 835.] Orders unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.